KIM ANH DANG

VERSUS

TONYELL T TOLIVER

NO. 22-C-326

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

August 08, 2022

Mary E. Legnon
Chief Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Robert A. Chaisson,
Stephen J. Windhorst, and Hans J. Liljeberg

## <u>DENIED WITH REASONS</u>

**SJW**
**RAC**
**HJL**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Alexis Barteet
Assistant Deputy, Clerk of Court

**WINDHORST, J.**

On August 2, 2022, relator filed an application for rehearing seeking reconsideration of this court's July 20, 2022 denial of her writ application in case number 22-C-326. She also filed a motion for leave to file amended suspensive appeal and request for stay.

Louisiana Uniform Rules-Courts of Appeal ("La. U.R.C.A."), Rule 2-18.7 provides as follows:

> **2-18.7. When Rehearing Will Be Considered**
>
> An application for rehearing will be considered in cases where the court has:
>
> (A) Granted a writ application on the merits;
>
> (B) Dismissed an appeal; or
>
> (C) Ruled on the merits of an appeal.

La. U.R.C.A., Rule 4-9 provides that "Rules 2-18.1 through 2-18.7 apply to requests for rehearings related to writ applications."

Because relator's writ application was denied, she is not entitled to a rehearing. Accordingly, relator's application for rehearing and motion for leave to file amended suspensive appeal and request for a stay are denied.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
INTERIM CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **08/08/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**22-C-326**

**CURTIS B. PURSELL**
CLERK OF COURT

### E-NOTIFIED

2nd Parish Court (Clerk)
Honorable Sharlayne Jackson Prevost (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED

### MAILED

Tonyell T Toliver (Relator)
In Proper Person
2120 Killington Drive
Harvey, LA 70058

Kim Anh Dang (Respondent)
In Proper Person
710 Olivia Lane
Gretna, LA 70056